IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CIVIL ACTION NO. 9:09CV208 |
| 900 KICKAPOO ROAD, GROVETON, TEXAS, 75845, TRINITY COUNTY, ET AL. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the Motion to Stay Proceeding (document #36) be granted and that the above-styled lawsuit be administratively closed. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the above-styled lawsuit is **ADMINISTRATIVELY CLOSED**. The parties may seek to place this case back on the active docket at the appropriate time.

**SIGNED** this the 9 day of **December, 2010.**

_____
Thad Heartfield
United States District Judge