IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CIVIL ACTION NO. 9:09CV208 |
| 900 KICKAPOO ROAD, GROVETON, TEXAS, 75845, TRINITY COUNTY, *et al.* | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. This case was previously administratively closed on December 9, 2010. The Report and Recommendation (document #43) recommends that the Clerk place the above-styled case back on the active docket for purposes of consideration of the Government's motion to dismiss and that the Motion to Dismiss Complaint for Forfeiture In Rem (document #42) be granted. The Report and Recommendation further recommends that the above-styled lawsuit be dismissed without prejudice. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Clerk shall place this case back on the active docket for the purpose of consideration of the Government's motion to dismiss. It is further

**ORDERED** that the Motion to Dismiss Complaint for Forfeiture *In Rem* (document #42) is **GRANTED** and the above-styled lawsuit is **DISMISSED** without prejudice.  Any motion not previously ruled on is **DENIED**.

**SIGNED** this the 1  day of **May, 2012.**


_____
Thad Heartfield
United States District Judge